IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THERIAN WIMBUSH,<br><br>*Plaintiff,*<br><br>v.<br><br>Governor BRIAN KEMP, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:19-cv-00035-TES-CHW |

### ORDER ADOPTING THE UNITED STATES
### MAGISTRATE JUDGE'S RECOMMENDATION

In his Recommendation [Doc. 29], the United States Magistrate Judge recommends that the Court denies Plaintiff's motion for a preliminary injunction [Doc. 27] without prejudice because her motion named the wrong defendant and is essentially asking the Court to order prison officials and administrators to change their food offerings based solely on her conclusory and unsupported allegations.

No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A).

After careful review, the Court, finding no clear error, **ADOPTS** the Recommendation [Doc. 29] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Plaintiff's motion for preliminary injunction [Doc. 27]

2

**without prejudice** to her right to renew the motion with specific allegations, any evidence she has to support her claims, and a properly named defendant.

    **SO ORDERED**, this 17th day of April, 2020.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**